# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF | NORTHERN DISTRICT OF CALIFORNIA |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 5:22-cv-00501-BLF |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 01/25/2022 |

Date of judgment or order you are appealing: | 07/28/2023 |

Docket entry number of judgment or order you are appealing: | 109 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

| National Association for Gun Rights, Inc.; Mark Sikes; Howard Jarvis Taxpayers Association; Silicon Valley Taxpayers Association; Silicon Valley Public Accountability Foundation; Jim Barry; and, George Arrington |

Is this a cross-appeal?   ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:    State:    Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**    **Date**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                                                                          Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
National Association for Gun Rights, Inc; Mark Sikes

Name(s) of counsel (if any):
Harmeet K. Dhillon; Michael A. Columbo; Mark P. Meuser; David A. Warrington;

Address: 177 Post St. Ste. 700, San Francisco, CA 94108

Telephone number(s): 415-433-1700

Email(s): harmeet@dhillonlaw.com; mcolumbo@dhillonlaw.com; mmeuser@dhi

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
City of San Jose; Jennifer Maguire; City of San Jose Council

Name(s) of counsel (if any):
Joseph W. Cotchett; Andrew F. Kirtley; Tamarah P. Prevost

Address: 840 Malcolm Road, Suite 200, Burlingame, CA 94010

Telephone number(s): 650-697-6000

Email(s): jcotchett@cpmlegal.com; akirtley@cpmlegal.com; tprevost@cpmlegal.

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                 1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Howard Jarvis Taxpayers Association; Silicon Valley Taxpayers Association; Silicon Valley Public Accountability Foundation; Jim Barry; and, George

Name(s) of counsel (if any):

Jonathan M. Coupal; Timothy A. Bittle; Laura E. Dougherty

Address: 1201 K Street, Suite 1030, Sacramento, CA 95814

Telephone number(s): 916-444-9950

Email(s): tim@hjta.org

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**          2          *New 12/01/2018*