HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

DAVID A. WARRINGTON
dwarrington@dhillonlaw.com
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
Telephone: (571) 400-2121

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a non-profit corporation, and **MARK SIKES,** an individual, **HOWARD JARVIS TAXPAYERS ASSOCIATION,** a non-profit corporation, **SILICON VALLEY TAXPAYERS ASSOCIATION,** a non-profit corporation, **SILICON VALLEY PUBLIC ACCOUNTABILITY FOUNDATION,** a non-profit corporation, **JAMES BARRY,** an individual, **GEORGE ARRINGTON,** an individual, <br><br> Plaintiffs – Appellants <br><br> v. <br><br> **CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,** <br><br> Defendants – Appellees. | 9th Cir. No. 23-16091 <br><br> STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL AS TO APPELLANTS NATIONAL ASSOCIATION FOR GUN RIGHTS, INC. AND MARK SIKES |



Stipulated Motion to Voluntarily Dismiss Appeal                           No: 23-16091

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing Appellants National Association for Gun Rights, Inc. and Mark Sikes from the above-captioned appeal. All other appellants remain in the action.

The parties have agreed that each party shall bear its own costs and fees with respect to the National Association for Gun Rights, Inc. and Mark Sikes appeals.

Dated: December 20, 2023

By: _s/ Tamarah P. Prevost
Joseph W. Cotchett
Melissa Montenegro
Andrew F. Kirtley
Tamarah P. Prevost
COTCHETT, PITRE & MCCARTHY LLP
840 Malcolm Road
Burlingame, California 94010
(650) 697-0577

Kaiyi Aureli Xie
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111
(415) 391-5400

*Attorneys for Appellees*

By: _s/ Mark P. Meuser_
Harmeet K. Dhillon
Mark P. Meuser
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
(415) 433-1700

David A. Warrington
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
(571) 400-2121

*Attorney for Appellants, National Association for Gun Rights, Inc. and Mark Sikes*

By: _s/ Timothy Arthur Bittle_
Timothy Arthur Bittle
HOWARD JARVIS TAXPAYER FOUNDATION
1201 K Street
Suite 1030
Sacramento, California 95814
(916) 444-9950

*Attorneys for Consolidated Plaintiffs–Appellants, Howard Jarvis Taxpayers Association, Silicon Valley Taxpayers Association, Inc., Silicon Valley Public Accountability Foundation, James Barry, and George Arrington*

---

1
Stipulated Motion to Voluntarily Dismiss Appeal                    No: 23-16091

**ATTESTATION OF OTHER PARTIES' CONSENT TO FILING**

I, Mark P. Meuser, hereby attest that all other parties on whose behalf this filing is submitted concur in the filing's content.

By: _s/ Mark P. Meuser_
     Mark P. Meuser