No. 23-16091

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

HOWARD JARVIS TAXPAYERS ASSOCIATION, *et al.*,

*Plaintiffs-Appellants,*

v.

CITY OF SAN JOSE,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Northern District of California
Consolidated Case Nos. 5:22-cv-00501-BLF and 5:22-cv-02365-BLF
Hon. Beth Labson Freeman

**APPELLANTS' EXCERPTS OF RECORD
INDEX VOLUME**

Jonathan M. Coupal, SBN 107815
Timothy A. Bittle, SBN 112300
Laura E. Dougherty, SBN 255855
Howard Jarvis Taxpayers Foundation
1201 K Street, Ste. 1030
Sacramento, CA 95814
Telephone: (916) 444-9950

*Attorneys for Appellants*

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Volume 1 of 4 | | | |
| Order Dismissing Case | 07/28/2023 | 109 | 3-4 |
| Order Granting Defendants' Motion to Dismiss With Leave to Amend in Part and Without Leave to Amend in Part | 07/13/2023 | 107 | 5-27 |
| Volume 2 of 4 | | | |
| Notice of Appeal | 08/29/2023 | 113 | 31-32 |
| Amended Notice of Appeal | 08/21/2023 | 112 | 33-36 |
| Notice of Appeal | 08/11/2023 | 110 | 37-40 |
| Plaintiffs' Notice of Intent not to Amend Complaint | 07/27/2023 | 108 | 41-43 |
| Defendants' Reply in Support of Motion to Dismiss Plaintiffs' Consolidated Second Am | 03/30/2023 | 104 | 44-62 |
| HJTA's Opposition to City's Motion to Dismiss Plaintiff's Complaint | 03/16/2023 | 102 | 63-82 |
| Defendant's Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint Under Federal Rules 12(b)(1) and 12(b)(6) | 02/16/2023 | 95 | 83-114 |
| Declaration of Tamarah P. Prevost in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint | 02/16/2023 | 95-1 | 115-117 |
| Consolidated Second Amended Complaint for Injunctive Relief, Declaratory Judgment, Invalidation of §§ 10.32.215 and 10.32.230(B) of Chapter 10.32 of Title 10 of the San Jose Municipal Code, and Nominal Damages | 02/02/2023 | 94 | 118-142 |
| Exhibit A | 02/02/2023 | 94-1 | 143-145 |
| Exhibit B | 02/02/2023 | 94-2 | 146-150 |
| Exhibit C | 02/02/2023 | 94-3 | 151-155 |
| Exhibit D | 02/02/2023 | 94-4 | 156-161 |
| Exhibit E | 02/02/2023 | 94-5 | 162-176 |
| Exhibit F | 02/02/2023 | 94-6 | 177-181 |
| Exhibit G | 02/02/2023 | 94-7 | 182-184 |
| Exhibit H | 02/02/2023 | 94-8 | 185-191 |

| | | | |
|---|---|---|---|
| Exhibit I | 01/06/2023 | 94-9 | 192 |
| Defendants' Status Report on Implementation of the Gun Harm Reduction Ordinance | 01/06/2023 | 85 | 193-198 |
| Transcript of Proceedings Before the Honorable Beth Labson Freeman United States District Judge | 08/16/2022 | 76 | 199-265 |
| Defendant City of San Jose's Notice of Motion and Motion to Dismiss Plaintiffs' Complaint Under Rules 12(b)(1) and 12(b)(6); Memorandum of Points and Authorities | 04/22/2022 | 02365 No. 9 | 266-296 |
| Exhibit 1 | 04/22/2022 | 02365 No. 9-2 | 300-308 |
| Exhibit 2 | 04/22/2022 | 02365 No. 9-3 | 309-312 |
| Volume 3 of 4 | | | |
| Exhibit 3 | 04/22/2022 | 02365 No. 9-4 | 315-324 |
| Exhibit 4 | 04/22/2022 | 02365 No. 9-5 | 325-330 |
| Exhibit 5 | 04/22/2022 | 02365 No. 9-6 | 331-333 |
| Exhibit 6 | 04/22/2022 | 02365 No. 9-7 | 334-337 |
| Exhibit 7 | 04/22/2022 | 02365 No. 9-8 | 338-469 |
| Exhibit 8 | 04/22/2022 | 02365 No. 9-9 | 470-475 |
| Exhibit 9 | 04/22/2022 | 02365 No. 9-10 | 476-502 |
| Exhibit 10 | 04/22/2022 | 02365 No. 9-11 | 503-510 |
| Exhibit 11 | 04/22/2022 | 02365 No. 9-12 | 511-521 |
| Exhibit 12 | 04/22/2022 | 02365 No. 9-13 | 522-540 |
| Exhibit 13 | 04/22/2022 | 02365 No. 9-14 | 541-555 |

| | | | |
|---|---|---|---|
| Declaration of Sarah Zarate in Support of Defendant City of San Jose's Motion to Dismiss Plaintiffs' Complaint | 04/22/2022 | 02365 No. 9-15 | 556-558 |
| Exhibit 1 | 04/22/2022 | 02365 No. 9-16 | 559-578 |
| Volume 4 of 4 | | | |
| Transcript of Proceedings Before the Honorable Beth Labson Freeman United States District Judge | 09/07/2022 | 02365 No. 28 | 581-613 |
| Defendants' Corrected Status Report on Implementation of the Gun Harm Reduction Ordinance | 08/17/2022 | 02365 No. 25 | 614-620 |
| Docket Report 5:22-cv-00501-BLF | | | 621-638 |
| Docket Report 5:22-cv-02365-BLF | | | 639-645 |