|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 27 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., a nonprofit corporation; et al.,

        Plaintiffs-Appellants,

 v.

CITY OF SAN JOSE, a public entity; et al.,

        Defendants-Appellees.

No. 23-16091

D.C. No. 5:22-cv-00501-BLF
Northern District of California, San Jose

ORDER

    The parties' stipulated motion (Docket Entry No. 16) for voluntary dismissal of this appeal for appellants National Association of Gun Rights, Inc., and Mark Sikes is granted. This appeal is dismissed as to appellants National Association of Gun Rights, Inc., and Mark Sikes only. *See* Fed. R. App. P. 42(b). This order served on the district court shall act as and for the mandate of this court as to appellants National Association of Gun Rights, Inc., and Mark Sikes only.

    The appeal will proceed as to the remaining parties.

    Appellants' motion (Docket Entry No. 18) for an extension of time to file a corrected opening brief and excerpts of record is granted. The corrected opening brief and excerpts of record is due January 5, 2024. Upon submission of the corrected opening brief, the Clerk will strike the opening brief submitted at Docket Entry No. 17.

    The answering brief is due February 5, 2024. The optional reply brief is due within 21 days after service of the answering brief.

OSA146

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT