No. 23-16091

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

HOWARD JARVIS TAXPAYERS ASSOCIATION, et al.,

*Plaintiffs-Appellants*,

v.

CITY OF SAN JOSE, et al.

*Defendant-Appellee*.

On Appeal from the United States District Court, Northern District of California
Consolidated Case Nos. 5:22-cv-00501-BLF and 5:22-cv-02365-BLF
(Hon. Beth Labson Freeman)

**APPELLEE'S SUPPLEMENTAL EXCERPTS OF RECORD
INDEX VOLUME**

JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for Defendant-Appellee.*

# INDEX TO THE SUPPLEMENTAL EXCERPTS OF RECORD

| Document Description | Docket No. | Date Filed | Pages (SER) |
|---|---|---|---|
| **VOLUME 1 OF 2** | | | |
| Defendants' Status Report on Implementation of the Gun Harm Reduction Ordinance | 82 | 10/25/22 | 002 – 005 |
| Order Granting in Part and Denying in Part Defendants' Motions to Dismiss | 81 | 9/30/22 | 006 – 029 |
| Order Consolidating Related Cases | 80 | 9/30/22 | 030 – 031 |
| Defendants Corrected Status Report on Implementation of the Gun Harm Reduction Ordinance | 78 | 8/17/22 | 032 – 038 |
| Order Denying Motion for Preliminary Injunction | 72 | 8/3/22 | 039 – 068 |
| Order Granting Administrative Motion to Consider Whether Cases Should be Related Under Civil Local Rules 3-12 and 7-11 | 41 | 4/20/22 | 069 – 070 |
| Administrative Motion to Consider Whether Cases Should Be Related Under Civil Local Rules 3-12 and 7-11 | 40 | 4/19/22 | 071 – 075 |
| Declaration of Tamarah P. Prevost in Support of Administrative Motion to Consider Whether Cases Should Be Related Under Civil Local Rules 3-12 and 7-11 | 40-1 | 4/19/22 | 076 – 079 |
| Exhibit 1 – First Amended Complaint for Injunctive Relief, Declaratory Judgement, and Nominal Services<br><br>(Declaration of Tamarah P. Prevost in Support of Administrative Motion to Consider Whether Cases | 40-2 | 4/19/22 | 080 – 107 |

| Document Description | Docket No. | Date Filed | Pages (SER) |
|---|---|---|---|
| Should Be Related Under Civil Local Rules 3-12 and 7-11) | | | |
| Exhibit 2 – Notice of Removal (Declaration of Tamarah P. Prevost in Support of Administrative Motion to Consider Whether Cases Should Be Related Under Civil Local Rules 3-12 and 7-11) | 40-3 | 4/19/22 | 108 – 181 |
| Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint | 36 | 4/8/22 | 182 – 215 |
| Plaintiffs' Notice of Motion and Motion for Preliminary Injunction and Memorandum of Points and Authorities in Support Thereof | 25 | 3/8/22 | 216 – 250 |
| **VOLUME 2 OF 2** | | | |
| First Amended Complaint for Injunctive Relief, Declaratory Judgment, And Nominal Damages | 19 | 2/14/22 | 252 – 478 |
| Complaint For Injunctive Relief, Declaratory Judgment, And Nominal Damages | 1 | 1/25/22 | 479 – 501 |