No. 23-16091

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

HOWARD JARVIS TAXPAYERS ASSOCIATION, et al.,

*Plaintiffs-Appellants*,

v.

CITY OF SAN JOSE, et al.,

*Defendants-Appellees*.

On Appeal from the United States District Court, Northern District of California
Consolidated Case Nos. 5:22-cv-00501-BLF and 5:22-cv-02365-BLF
(Hon. Beth Labson Freeman)

**APPELLEES' MOTION FOR LEAVE TO FILE CORRECTED BRIEF**

JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for Defendants-Appellees City of San José, et al.*

Defendants-Appellees the City of San José, et al. (the "City") respectfully move for leave to file a corrected Appellees' Answering Brief to replace the brief submitted by the City on March 6, 2024. Dkt. No. 27. In the filed brief, volume numbers were inadvertently omitted from beginning of citations to the Excerpts of Record and Supplemental Excerpts of Record, both of which consist of multiple volumes. *See* Dkt. Nos. 19-1 to 19-4 (ER); Dkt. Nos. 28-2 to 28-3 (SER).

The City's counsel is aware of Circuit Rule 30-1.6, requiring volume numbers to be included in each record citation. Cir. R. 30-1.6 ("Parties shall cite to the initial Excerpts of Record in the following format: [volume number]-ER-[page number(s)]."). Therefore, to prevent any inconvenience to the Court, the City requests leave to file a corrected brief containing volume numbers in each citation, and updating the pagination and/or table of contents to the extent it changes as a result of the added volume numbers. The corrected brief would be otherwise substantively identical to the already filed brief. Dkt. No. 27.

    Respectfully submitted,

Dated: March 11, 2024    **COTCHETT, PITRE & McCARTHY LLP**

By:   */s/Tamarah P. Prevost*
     JOSEPH W. COTCHETT
     TAMARAH P. PREVOST
     ANDREW F. KIRTLEY

*Attorneys for Defendants-Appellees*
*City of San José, et al.*