| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 20 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| HOWARD JARVIS TAXPAYERS ASSOCIATION; et al., | No. 23-16091 |
| Plaintiffs-Appellants, | D.C. No. 5:22-cv-00501-BLF<br>Northern District of California,<br>San Jose |
| v. | |
| CITY OF SAN JOSE, a public entity; et al., | ORDER |
| Defendants-Appellees. | |

Appellees' motion (Docket Entry No. 30) for leave to file a corrected answering brief is granted.

Within 7 days after the date of this order, appellees shall submit the corrected answering brief. Upon receipt of the corrected answering brief, the Clerk will strike the answering brief submitted at Docket Entry No. 27.

The optional reply brief is due within 21 days after service of the corrected answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA146