UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 21 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HOWARD JARVIS TAXPAYERS ASSOCIATION; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CITY OF SAN JOSE, a public entity; et al., <br><br> Defendants - Appellees. | No. 23-16091 <br><br> D.C. No. 5:22-cv-00501-BLF <br> U.S. District Court for Northern California, San Jose <br><br> **ORDER** |

The answering brief submitted on March 20, 2024 is filed.

Within 7 days of this order, appellees are ordered to file 6 copies of the brief in paper format with red covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT