# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 23-16091

**Case Name:** HOWARD JARVIS TAXPAYERS ASSOCIATION, et al., v. CITY OF SAN JOSE, et al.

**Hearing Location** (*city*): SAN FRANCISCO

**Your Name:** TAMARAH P. PREVOST

List the sitting dates for the two sitting months you were asked to review:

August 2024 and September 2024

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

August 12-16, 2024; August 19-23, 2024: unavailable due to a two-week jury trial set in Sacramento Superior Court in a different matter on the same days. Appellee's counsel is available for oral argument September 9-13, October 7-11, or October 21-25.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** /s/ Tamarah P. Prevost **Date:** 4/26/2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32** New 12/01/2018