# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-16091

**Case Name** Howard Jarvis Taxpayers Assn., et al. v. City of San Jose, et al.

**Hearing Location** (*city*) San Francisco

**Your Name** Timothy A. Bittle

List the sitting dates for the two sitting months you were asked to review:

September 9-13, 2024, and October 7-11 and 21-25, 2024.

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Counsel for appellants will be out of the country from September 23 through October 11, 2024, and therefore unavailable for the week of October 7-11. Counsel for appellants is available September 9-13, October 21-25, and also November 11-15 if necessary.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Timothy A. Bittle    **Date** 5/20/2024

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**    *New 12/01/2018*