| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | AUG 27 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

HOWARD JARVIS TAXPAYERS ASSOCIATION; SILICON VALLEY TAXPAYERS ASSOCIATION; SILICON VALLEY PUBLIC ACCOUNTABILITY FOUNDATION; JAMES BARRY; GEORGE ARRINGTON,

          Plaintiffs-Appellants,

 v.

CITY OF SAN JOSE, a public entity; JENNIFER MAGUIRE, in her official capacity as City Manager of the City of San Jose; CITY OF SAN JOSE CITY COUNCIL,

          Defendants-Appellees.

No. 23-16091

D.C. No. 5:22-cv-00501-BLF
Northern District of California,
San Jose

ORDER

     The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be aided by oral argument. This case shall be submitted on the briefs and record, without oral argument, on September 10, 2024, in San Francisco, California. *See* Fed. R. App. P. 34(a)(2).

                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT