UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| SEP 20 2024 | |
| MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS | |

HOWARD JARVIS TAXPAYERS
ASSOCIATION; et al.,

         Plaintiffs - Appellants,

  v.

CITY OF SAN JOSE, a public entity; et
al.,

         Defendants - Appellees.

No. 23-16091

D.C. No. 5:22-cv-00501-BLF
U.S. District Court for Northern
California, San Jose

**ORDER**

At the direction of the Court, costs are hereby taxed against the appellant, Howard
Jarvis Taxpayers Association.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT